UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-0458 YGR |
| Plaintiff, | ) [~~PROPOSED~~] **FINAL ORDER OF** |
| v. | ) **FORFEITURE** |
| ALEXANDER VINCENT HILL, | ) |
| Defendant. | ) |

On July 20, 2017, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.   a black Taurus PT 92 AF 9mm handgun, bearing serial number THJ49179; and

    b.   eleven (11) rounds of CCI ammunition, loaded in the black Taurus PT 92 AF 9mm handgun, pursuant to Title 18, United States Code, Section 924(d)(1).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: October 3, 2017

                           YVONNE GONZALEZ ROGERS
                           United States District Judge